# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **WRIGHT LAW GROUP, PLLC,** | § | |
| *Plaintiff*, | § § § | |
| v. | § § | **CIVIL ACTION NO. 3:25-cv-1360** |
| **BLUE BRIDGE FINANCIAL, INC.,** | § § § | |
| *Defendant.* | § | |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant Blue Bridge Financial, Inc. ("***Blue Bridge***") hereby gives notice of the removal of the state court civil action described below on the basis of diversity jurisdiction. As grounds for the removal, Blue Bridge respectfully states as follows:

### I.   INTRODUCTION

1. On April 17, 2025, Plaintiff Wright Law Group, PLLC ("***Plaintiff***") filed its Original Petition ("***Complaint***") in the 193rd Judicial District Court, Dallas County, Texas numbered and styled as Cause No. DC-25-05941, *Wright Law Group, PLLC v. Blue Bridge Financial, Inc.*

2. In its Complaint, Plaintiff seeks damages for breach of contract, quantum meruit, and promissory estoppel, alleging that Blue Bridge failed to pay legal fees owed to Plaintiff.

3. Blue Bridge filed its Original Answer on May 27, 2025.

4. In accordance with 28 U.S.C. § 1446(a), copies of all process, pleadings, orders, and other papers filed in the state court action and obtained by Blue Bridge are attached hereto, marked as composite **Exhibit A** and incorporated herein by reference.

## II. TIMELINESS OF NOTICE OF REMOVAL

5. Blue Bridge was served with process on May 2, 2025 and as such this removal is timely pursuant to 28 U.S.C. § 1446(b)(1).[1]

## III. BASIS FOR REMOVAL: DIVERSITY JURISDICTION

6. This Court has original jurisdiction over this lawsuit pursuant to 28 U.S.C. § 1332 because it is between citizens of different states and the amount in controversy exceeds $75,000 exclusive of interest and costs as discussed more fully below.

### A. Complete Diversity Exists.

7. Plaintiff is a Texas professional limited liability company. The citizenship of a PLLC is determined by the citizenship of each of its members.[2] Here, the Plaintiff PLLC has only one member and he is a resident of Texas.[3] Therefore, Plaintiff is a citizen of Texas.

8. Blue Bridge is a Delaware corporation with its principal place of business located at 11921 Freedom Drive, Reston, Virginia. A corporation is a citizen of the state where it is incorporated and the state where it has its principal place of business.[4] Therefore, for diversity purposes, Blue Bridge is a citizen of Delaware and Virginia.

9. Because Plaintiff is a citizen of Texas and Blue Bridge is not a citizen of Texas, complete diversity exists between Plaintiff and Blue Bridge.

### B. The amount in controversy exceeds $75,000.00.

10. Diversity jurisdiction is proper if "'it is facially apparent' from the plaintiffs'

---

[1] *See* 28 U.S.C. § 1446(b)(1). *See also Thompson v. Deutsche Bank Nat'l Tr. Co.*, 775 F.3d 298, 303 (5th Cir. 2014) (citing *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48, 119 S.Ct. 1322, 143 L.Ed. 448 (1999) (the federal removal and jurisdiction statutes "clearly provide that a defendant's right to removal runs from the date on which it is formally served with process.").
[2] *Massey v. State Farm Lloyds Ins. Co.*, 993 F. Supp. 568 (S.D. Tex. 1998).
[3] *See* Wright Law Group Certificate of Formation, a true and correct copy of which is attached as **Exhibit B.**
[4] 28 U.S.C. § 1332(c)(1); *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 88-90 (2005).

complaint that their 'claims are likely above [$75,000]' . . ."[5]  Here, Plaintiff seeks damages in the amount of $145,000.[6] As such, the amount in controversy is $145,000.

## IV.   VENUE

11. Venue for this removal is proper in the United States District Court for the Northern District of Texas, Dallas Division, because this district and division includes Dallas County, Texas—the location of the pending state court action.[7]

## V.   ADDITIONAL REQUIREMENTS

12. Written Notice of Removal will be provided to Plaintiff and filed with the District Clerk of Dallas County, Texas.

13. In the event that Plaintiff seeks to remand this case, or the Court considers remand *sua sponte*, Blue Bridge respectfully requests the opportunity to submit such additional argument or evidence in support of removal as may be necessary.

14. Plaintiff did not make jury demand in the Complaint.

WHEREFORE, having satisfied the requirements for removal, Blue Bridge gives notice that Cause No. DC-25-05941, originally filed in Dallas County, styled *Wright Law Group, PLLC v. Blue Bridge Financial, Inc*, is effectively removed to this Court.

---

[5] *Govea v. JPMorgan Chase Bank, N.A.*, No. CIV.A. H-10-3482, 2010 WL 5140064, at *2 (S.D. Tex. Dec. 10, 2010) (quoting *Garcia v. Koch Oil Co. of Tex. Inc.*, 351 F.3d 636, 639 (5th Cir. 2003) (quoting *Allen v. R & H Oil & Gas Co.*, 63 F.3d 1326, 1335 (5th Cir. 1995))).
[6] *See* Petition, ¶ 29.
[7] *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 124(d)(4) (stating that the Dallas Division of the Northern District includes Dallas County).

Respectfully submitted,

By: /s/ *Georgia Berthelot*
**EMILY STROOPE**
State Bar No. 24070692
**BAKER, DONELSON, BEARMAN, CALDWELL, BERKOWITZ, PC**
5956 Sherry Lane, 20th Floor
Dallas, Texas 75225
Telephone: (214) 379-5612
Facsimile: (713) 650-9701
estroope@bakerdonelson.com

**GEORGIA BERTHELOT**
State Bar No. 24137928
**BAKER, DONELSON, BEARMAN, CALDWELL, BERKOWITZ, PC**
1301 McKinney St. Suite 3700
Houston, TX. 77010
Telephone: (713) 286-7170
Facsimile: (713) 650-9701
gberthelot@bakerdonelson.com

*Attorneys for Defendant Blue Bridge Financial, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served upon counsel of record pursuant to the Federal Rules of Civil Procedure on May 30, 2025 as indicated below:

*Via CM/ECF*
Jeffrey W. Hellberg, Jr.
Wick Phillips Gould & Martin, LLP
3131 McKinney Avenue, Suite 500
Dallas, Texas 75204
jeff.hellberg@wickphillips.com

*Attorney for Plaintiff*

/s/ *Georgia Berthelot*
Georgia Berthelot